UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 91-0559-02 (TFH) |
| | ) | Civ. Action No. 05-1995 |
| | ) | |
| ANTHONY NUGENT, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM

The Court has allowed to be filed as a motion for relief under 28 U.S.C. § 2255

defendant's "Independent Action" brought pursuant to Fed. R. Civ. P. 60(b).  The criminal

docket reflects plaintiff's unsuccessful attempts for relief under § 2255 and to file a successive

motion.  *See* Order (D.C. Cir., Jan. 20, 2004) (denying defendant's motion to file a successive

motion).  Pursuant to 28 U.S.C. § 2244(a), plaintiff must again seek permission from the

United States Court of Appeals for the District of Columbia Circuit to file a successive

motion.  *See* 28 U.S.C. § 2255 ("A . . . successive motion must be certified as provided in

section 2244 by a panel of the appropriate court of appeals. . . ."); *Foster v. United States*, 290

F. Supp. 2d 5, 10 (D.D.C. 2003) (citing cases treating Rule 60(b) motions challenging

judgments of conviction as successive habeas petitions).

"Before a second or successive application  . . .  is filed in the district court, the

applicant shall move in the appropriate court of appeals for an order authorizing the district

court to consider the application." 28 U.S.C. § 2244(b)(3).  The District of Columbia Circuit

has not certified defendant's motion to be filed.   This Court therefore lacks jurisdiction to

entertain the motion.   *See Moore v. Department of Justice* 1998 WL 545421, *1 (D.C. Cir.,

July 17, 1998) ("The district court did not have jurisdiction to entertain appellant's successive

§ 2254 petition since appellant never obtained certification from the court of appeals to file his

successive petition.").   A separate Order accompanies this Memorandum.


                                        _____s/_____
                                         Thomas F. Hogan, Chief Judge
                                         United States District Court
Date: November 14, 2005